UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA A. DAVIS, et al.,

    Plaintiffs,

v.

SEVA BEAUTY, LLC, et al.,

    Defendants.

C17-547 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for a temporary restraining order ("TRO"), docket no. 29, is RENOTED to July 21, 2017, and will be considered at the same time as their motion for preliminary injunction, docket no. 28.[1] Defendants shall file a consolidated response to the motions for TRO and preliminary injunction, which shall not exceed thirty (30) pages in length. Any reply shall not exceed fifteen (15) pages in length. The response and any reply shall be due in accordance with Local Civil Rule 7(d)(3).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

---

[1] Plaintiffs have not made the requisite showing for the issuance of a TRO without notice to defendants or an opportunity to be heard. *See* Fed. R. Civ. P. 65(b)(1). Plaintiffs' counsel has not submitted the requisite certificate indicating that an effort was made to provide notice to defendants and setting forth reasons why notice to defendants should not be required. Moreover, the arbitrations at issue were commenced in late March and late May 2017, and plaintiffs have not explained why they could not seek or have not sought, from the arbitrator or arbitrators, a continuance or stay of any hearing dates or deadlines.

MINUTE ORDER - 1