UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA A. DAVIS, et al.,

        Plaintiffs,

  v.

SEVA BEAUTY, LLC, et al.,

        Defendants.

C17-547 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for reconsideration, docket no. 31, is DENIED.

(2) Oral argument is SET for July 26, 2017, at 10:00 a.m., on defendants' motion for stay, docket no. 17, and plaintiffs' motions for a preliminary injunction and for a temporary restraining order, docket nos. 28 and 29.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of June, 2017.

                                  William M. McCool
                                  Clerk

                                  s/Karen Dews
                                  Deputy Clerk

MINUTE ORDER - 1