# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ANNA A. DAVIS, et al.,

    Plaintiffs,

v.

SEVA BEAUTY, LLC, et al.,

    Defendants.

C17-547 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to stay this action pending arbitration, docket no. 17, is GRANTED in part and DEFERRED in part, as follows.

    (a) With respect to plaintiffs' claims against defendant SEVA Beauty, LLC, defendants' motion to stay is GRANTED, and such claims are hereby STAYED pending arbitration proceedings commenced by SEVA Beauty, LLC in Illinois. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after one or more of such arbitration proceedings conclude or by January 15, 2018, whichever occurs earlier.

    (b) With respect to plaintiffs' claims against defendants Vasilios Maniatis, Sonal Maniatis, Kari Comrov, Bree Viscia, and Jonathan Kittner, defendants' motion to stay is DEFERRED and RENOTED to August 11, 2017. The parties are DIRECTED to file supplemental briefs addressing (i) whether plaintiffs' claims against such defendants, in either their official capacities or individually, are subject to arbitration pursuant to contracts to which such defendants are not parties; and (ii) assuming plaintiffs can maintain their claims against such individual defendants in this forum, whether such claims should nevertheless be stayed pending the outcome of arbitration proceedings involving

MINUTE ORDER - 1

SEVA Beauty, LLC.  Each side shall file an opening supplemental brief, not to exceed ten (10) pages in length, on or before July 28, 2017.  Each side may file a responsive supplemental brief, also not to exceed ten (10) pages in length, by August 11, 2017.

        (c)     After reviewing the parties' supplemental briefs, the Court will issue a separate order explaining its reasons for granting defendants' motion to stay as to plaintiffs' claims against SEVA Beauty, LLC and addressing the deferred portion of defendants' motion to stay.

    (2)     The hearing set for July 26, 2017, at 10:00 a.m., is STRICKEN.  Defendants' motion to continue the hearing, docket no. 36, is STRICKEN as moot.

    (3)     Defendants' motion to stay discovery, docket no. 35, is STRICKEN in part as moot with respect to discovery requests propounded to SEVA Beauty, LLC, and GRANTED in part, pursuant to the parties' stipulation, docket no. 37, with respect to any discovery requests propounded to the individual defendants.  Discovery is stayed until further order of the Court.

    (4)     Plaintiffs' motions for preliminary injunction and temporary restraining order, docket nos. 28 and 29, which seek to stay the arbitration proceedings initiated by SEVA Beauty, LLC, are STRICKEN as moot.

    (5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of July, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk