UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA A. DAVIS, et al.,

        Plaintiffs,

v.

SEVA BEAUTY, LLC, et al.,

        Defendants.

C17-547 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for reconsideration, docket no. 40, is STRICKEN as premature. As indicated in the Minute Order entered July 13, 2017, docket no. 38, the Court will issue an order explaining its reasons for granting defendants' motion to stay as to plaintiffs' claims against SEVA Beauty, LLC. The matter is currently noted for August 11, 2017, and no order will issue before then.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of July, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1