# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANNA A. DAVIS, a Washington resident; CHRISTIANA GRACE, LLC, a Washington limited liability company; PUNARDEEP SANDHU, a Washington resident; AMARJEET RANDHAWA, a Washington resident; RS SPAS & SALONS LLC, a Washington limited liability company; RYAN HOLLIS, a Washington resident; JASON BLEICK and KAREN BLEICK, Washington residents; BEAUTY IN SPOKANE, LLC, a Washington limited liability company; GREG KELLY and ROBIN KELLY, Michigan residents; AVATAR2026 HOLDINGS, INC., a Michigan corporation; THOMAS CUTHBERT, a Minnesota resident; LAURA CHARBONEAU, a Minnesota resident; MIDWEST BEAUTY, INC., a Minnesota corporation; ON CALL ENTERPRISES, INC., a Georgia corporation; and MIVAS, LLC, an Idaho limited liability company, <br><br> Franchisees, <br><br> v. <br><br> SEVA BEAUTY, LLC, an Illinois limited liability company; VASILIOS MANIATIS, an Illinois resident; SONAL MANIATIS, an Illinois resident; KARI COMROV, an Illinois resident; BREE VISCIA, an Illinois resident; and JONATHAN KITTNER, an Illinois resident, <br><br> Defendants. | Case No. 2:17-cv-00547-TSZ <br><br> **STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS** |

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 1
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties stipulate and agree to dismissal of the following claims:

1. Plaintiffs Punardeep Sandhu, Amarjeet Randhawa, RS Spas and Salons, LLC, Ryan Hollis, Jason Bleick, Karen Bleick, and Beauty In Spokane, LLC dismiss their claims against all Defendants with prejudice and without costs, expenses, or attorney's fees awarded to any party.

2. All Plaintiffs dismiss their claims against Sonal Maniatis, Kari Comrov, Bree Viscia, and Jonathan Kittner with prejudice and without costs, expenses, or attorney's fees awarded to any party.

The parties further agree and stipulate that the following order may be entered immediately without further notice of presentation.

RESPECTFULLY SUBMITTED this 13th day of July, 2018.

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 2
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

| | |
|---|---|
| DATED this 13th day of July, 2018. | DATED this 13th day of July, 2018. |
| **LANE POWELL PC** | **CHENG COHEN LLC** |
| By */s/ Daniel A. Kittle* <br> Randall P. Beighle, WSBA No. 13421 <br> Daniel A. Kittle, WSBA No. 43340 <br> Aaron Schaer, WSBA No. 52122 <br> 1420 5th Ave Ste 4200 <br> PO Box 91302 <br> Seattle, WA 98111-9402 <br> Telephone: (206) 223-7000 <br> Fax: (206) 223-7107 <br> Email: BeighleR@LanePowell.com <br> KittleD@LanePowell.com <br> SchaerA@LanePowell.com | By: *s/ Marlén Cortez Morris* <br> Fredric A. Cohen (IL #6198606) <br> Marlén Cortez Morris (IL #6291488) <br> 311 N. Aberdeen Street, Suite 400 <br> Chicago, Illinois 60607 <br> Telephone: (312) 243-1701 <br> Fax: (312) 277-3961 <br> E-mail: fredric.cohen@chengcohen.com <br> marlen.cortez@chengcohen.com <br> *Admitted pro hac vice* |
| *Attorneys for Plaintiffs* | -and- <br><br> HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S. <br><br> *s/ John R. "Rick" Potter* <br> John R. "Rick" Potter, WSBA #6834 <br> 211 E. McLoughlin Boulevard, Suite 100 <br> Vancouver, WA 98663 <br> Telephone: (360) 750-7547 <br> Fax: (360) 750-7548 <br> E-mail: jrp@hpl-law.com <br><br> *Attorneys for Defendants SEVA Beauty, LLC, Vasilios Maniatis, Sonal Maniatis, Kari Comrov, Bree Viscia, and Jonathan Kittner* |

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 3
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

Pursuant to the stipulation of the parties,

IT IS SO ORDERED.

Dated this 16th day of July, 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 4
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

Presented by:
DATED this 13th day of July, 2018.

**LANE POWELL PC**

By */s/ Daniel A. Kittle*
Randall P. Beighle, WSBA No. 13421
Daniel A. Kittle, WSBA No. 43340
Aaron Schaer, WSBA No. 52122
1420 5th Ave Ste 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Fax: (206) 223-7107
Email: BeighleR@LanePowell.com
KittleD@LanePowell.com
SchaerA@LanePowell.com

*Attorneys for Plaintiffs*

DATED this 13th day of July, 2018.

**CHENG COHEN LLC**

By: *s/ Marlén Cortez Morris*
Fredric A. Cohen (IL #6198606)
Marlén Cortez Morris (IL #6291488)
311 N. Aberdeen Street, Suite 400
Chicago, Illinois 60607
Telephone: (312) 243-1701
Fax: (312) 277-3961
E-mail: fredric.cohen@chengcohen.com
marlen.cortez@chengcohen.com
*Admitted pro hac vice*

-and-

HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.

*s/ John R. "Rick" Potter*
John R. "Rick" Potter, WSBA #6834
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: jrp@hpl-law.com

*Attorneys for Defendants SEVA Beauty, LLC,
Vasilios Maniatis, Sonal Maniatis, Kari
Comrov, Bree Viscia, and Jonathan Kittner*

STIPULATION AND ORDER DISMISSING CERTAIN
CLAIMS - 5
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107