UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA A. DAVIS, et al.,

        Plaintiffs,

  v.

SEVA BEAUTY, LLC, et al.,

        Defendants.

C17-547 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 47, indicating that certain claims have been resolved in arbitration and other claims remain pending, the Court DIRECTS the parties to file another Joint Status Report within fourteen (14) days after the conclusion of arbitration proceedings or by April 30, 2019, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2018.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1