THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNA A. DAVIS, a Washington resident;
CHRISTIANA GRACE, LLC, a Washington
limited liability company; GREG KELLY and
ROBIN KELLY, Michigan residents;
AVATAR2026 HOLDINGS, INC., a
Michigan corporation; THOMAS
CUTHBERT, a Minnesota resident; LAURA
CHARBONEAU, a Minnesota resident;
MIDWEST BEAUTY, INC., a Minnesota
corporation; ON CALL ENTERPRISES,
INC., a Georgia corporation; and MIVAS,
LLC, an Idaho limited liability company,

                    Franchisees,

    v.

SEVA BEAUTY, LLC, an Illinois limited
liability company; and VASILIOS
MANIATIS, an Illinois resident,

                    Defendants.

Case No. 2:17-cv-00547-TSZ

**STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS**

STIPULATION AND ORDER DISMISSING CERTAIN
CLAIMS - 1
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties stipulate and agree that Plaintiffs Anna A. Davis and Christiana Grace, LLC dismiss their claims against Defendants SEVA Beauty, LLC and Vasilios Maniatis with prejudice and without costs, expenses, or attorney's fees awarded to any party.

The parties further agree and stipulate that the following order may be entered immediately without further notice of presentation.

RESPECTFULLY SUBMITTED this 14th day of August, 2018.

| | |
|---|---|
| DATED this 14th day of August, 2018. | DATED this 14th day of August, 2018. |
| **LANE POWELL PC** | **CHENG COHEN LLC** |
| By */s/ Daniel A. Kittle* <br> Randall P. Beighle, WSBA No. 13421 <br> Daniel A. Kittle, WSBA No. 43340 <br> 1420 5th Ave Ste 4200 <br> PO Box 91302 <br> Seattle, WA 98111-9402 <br> Telephone: (206) 223-7000 <br> Fax: (206) 223-7107 <br> Email: BeighleR@LanePowell.com <br> KittleD@LanePowell.com | By: *s/ Marlén Cortez Morris* <br> Fredric A. Cohen (IL #6198606) <br> Marlén Cortez Morris (IL #6291488) <br> 311 N. Aberdeen Street, Suite 400 <br> Chicago, Illinois 60607 <br> Telephone: (312) 243-1701 <br> Fax: (312) 277-3961 <br> E-mail: fredric.cohen@chengcohen.com <br> marlen.cortez@chengcohen.com <br> *Admitted pro hac vice* |
| *Attorneys for Plaintiffs* | -and- <br><br> HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S. <br><br> *s/ John R. "Rick" Potter* <br> John R. "Rick" Potter, WSBA #6834 <br> 211 E. McLoughlin Boulevard, Suite 100 <br> Vancouver, WA 98663 <br> Telephone: (360) 750-7547 <br> Fax: (360) 750-7548 <br> E-mail: jrp@hpl-law.com <br><br> *Attorneys for Defendants* |

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 2
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

IT IS SO ORDERED.

Dated this 15th day of August, 2018.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:
DATED this 14th day of August, 2018.

**LANE POWELL PC**

By */s/ Daniel A. Kittle*
Randall P. Beighle, WSBA No. 13421
Daniel A. Kittle, WSBA No. 43340
Aaron Schaer, WSBA No. 52122
1420 5th Ave Ste 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Fax: (206) 223-7107
Email: BeighleR@LanePowell.com
KittleD@LanePowell.com
SchaerA@LanePowell.com

*Attorneys for Plaintiffs*

DATED this 14th day of August, 2018.

**CHENG COHEN LLC**

By: *s/ Marlén Cortez Morris*
Fredric A. Cohen (IL #6198606)
Marlén Cortez Morris (IL #6291488)
311 N. Aberdeen Street, Suite 400
Chicago, Illinois 60607
Telephone: (312) 243-1701
Fax: (312) 277-3961
E-mail: fredric.cohen@chengcohen.com
marlen.cortez@chengcohen.com
*Admitted pro hac vice*

-and-

HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.

*s/ John R. "Rick" Potter*
John R. "Rick" Potter, WSBA #6834
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: jrp@hpl-law.com

*Attorneys for Defendants*

STIPULATION AND ORDER DISMISSING CERTAIN
CLAIMS - 3
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107