THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GREG KELLY and ROBIN KELLY, Michigan residents; AVATAR2026 HOLDINGS, INC., a Michigan corporation; THOMAS CUTHBERT, a Minnesota resident; LAURA CHARBONEAU, a Minnesota resident; MIDWEST BEAUTY, INC., a Minnesota corporation; ON CALL ENTERPRISES, INC., a Georgia corporation; and MIVAS, LLC, an Idaho limited liability company,<br><br>                Franchisees,<br><br>v.<br><br>SEVA BEAUTY, LLC, an Illinois limited liability company; and VASILIOS MANIATIS, an Illinois resident,<br><br>                Defendants. | Case No. 2:17-cv-00547-TSZ<br><br>**STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS** |

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 1
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties stipulate and agree that Plaintiff Mivas, LLC dismisses its claims against Defendants SEVA Beauty, LLC and Vasilios Maniatis with prejudice and without costs, expenses, or attorney's fees awarded to any party.

The parties further agree and stipulate that the following order may be entered immediately without further notice of presentation.

RESPECTFULLY SUBMITTED this 8th day of October, 2018.

DATED this 8th day of October, 2018.

**LANE POWELL PC**

By */s/ Daniel A. Kittle*
Randall P. Beighle, WSBA No. 13421
Daniel A. Kittle, WSBA No. 43340
1420 5th Ave Ste 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Fax: (206) 223-7107
Email: BeighleR@LanePowell.com
KittleD@LanePowell.com

*Attorneys for Plaintiffs*

DATED this 8th day of October, 2018.

**CHENG COHEN LLC**

By: *s/ Fredric A. Cohen*
Fredric A. Cohen (IL #6198606)
311 N. Aberdeen Street, Suite 400
Chicago, Illinois 60607
Telephone: (312) 243-1701
Fax: (312) 277-3961
E-mail: fredric.cohen@chengcohen.com
*Admitted pro hac vice*

-and-

HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.

*s/ John R. "Rick" Potter*
John R. "Rick" Potter, WSBA #6834
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: jrp@hpl-law.com

*Attorneys for Defendants*

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 2
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

IT IS SO ORDERED.

Dated this 11th day of October, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

DATED this 8th day of October, 2018.

**LANE POWELL PC**

By */s/ Daniel A. Kittle*
Randall P. Beighle, WSBA No. 13421
Daniel A. Kittle, WSBA No. 43340
Aaron Schaer, WSBA No. 52122
1420 5th Ave Ste 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Fax: (206) 223-7107
Email: BeighleR@LanePowell.com
KittleD@LanePowell.com
SchaerA@LanePowell.com

*Attorneys for Plaintiffs*

DATED this 8th day of October, 2018.

**CHENG COHEN LLC**

By: *s/ Fredric A. Cohen*
Fredric A. Cohen (IL #6198606)
311 N. Aberdeen Street, Suite 400
Chicago, Illinois 60607
Telephone: (312) 243-1701
Fax: (312) 277-3961
E-mail: fredric.cohen@chengcohen.com
*Admitted pro hac vice*

-and-

HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.

*s/ John R. "Rick" Potter*
John R. "Rick" Potter, WSBA #6834
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: jrp@hpl-law.com

*Attorneys for Defendants*

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 3
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107