THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREG KELLY and ROBIN KELLY, Michigan residents; AVATAR2026 HOLDINGS, INC., a Michigan corporation; THOMAS CUTHBERT, a Minnesota resident; LAURA CHARBONEAU, a Minnesota resident; MIDWEST BEAUTY, INC., a Minnesota corporation; and ON CALL ENTERPRISES, INC., a Georgia corporation,

Franchisees,

v.

SEVA BEAUTY, LLC, an Illinois limited liability company; and VASILIOS MANIATIS, an Illinois resident,

Defendants.

Case No. 2:17-cv-00547-TSZ

**STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS**

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 1
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties stipulate and agree that Plaintiff On Call Enterprises, Inc. dismisses its claims against Defendants SEVA Beauty, LLC and Vasilios Maniatis with prejudice and without costs, expenses, or attorney's fees awarded to any party.

The parties further agree and stipulate that the following order may be entered immediately without further notice of presentation.

RESPECTFULLY SUBMITTED this 2nd day of November, 2018.

DATED this 2nd day of November, 2018.

**LANE POWELL PC**

By */s/ Daniel A. Kittle*
Randall P. Beighle, WSBA No. 13421
Daniel A. Kittle, WSBA No. 43340
1420 5th Ave Ste 4200
PO Box 91302
Seattle, WA  98111-9402
Telephone: (206) 223-7000
Fax: (206) 223-7107
E-mail: BeighleR@LanePowell.com
E-mail: KittleD@LanePowell.com

*Attorneys for Plaintiffs*

DATED this 2nd day of November, 2018.

**CHENG COHEN LLC**

By: *s/ Fredric A. Cohen*
Fredric A. Cohen (IL #6198606)
311 N. Aberdeen Street, Suite 400
Chicago, Illinois 60607
Telephone: (312) 243-1701
Fax: (312) 277-3961
E-mail:  fredric.cohen@chengcohen.com
*Admitted pro hac vice*

-and-

HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.

*s/ John R. "Rick" Potter*
John R. "Rick" Potter, WSBA #6834
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone:  (360) 750-7547
Fax:  (360) 750-7548
E-mail:  jrp@hpl-law.com

*Attorneys for Defendants*

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 2
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

# ORDER

IT IS SO ORDERED.

Dated this 8th day of November, 2018.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

DATED this 2nd day of November, 2018.

**LANE POWELL PC**

By */s/ Daniel A. Kittle*
Randall P. Beighle, WSBA No. 13421
Daniel A. Kittle, WSBA No. 43340
1420 5th Ave Ste 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Fax: (206) 223-7107
E-mail: BeighleR@LanePowell.com
E-mail: KittleD@LanePowell.com

*Attorneys for Plaintiffs*

DATED this 2nd day of November, 2018.

**CHENG COHEN LLC**

By: *s/ Fredric A. Cohen*
Fredric A. Cohen (IL #6198606)
311 N. Aberdeen Street, Suite 400
Chicago, Illinois 60607
Telephone: (312) 243-1701
Fax: (312) 277-3961
E-mail: fredric.cohen@chengcohen.com
*Admitted pro hac vice*

-and-

HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.

*s/ John R. "Rick" Potter*
John R. "Rick" Potter, WSBA #6834
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: jrp@hpl-law.com

*Attorneys for Defendants*

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 3
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107