THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREG KELLY and ROBIN KELLY, Michigan residents; AVATAR2026 HOLDINGS, INC., a Michigan corporation; THOMAS CUTHBERT, a Minnesota resident; LAURA CHARBONEAU, a Minnesota resident; MIDWEST BEAUTY, INC., a Minnesota corporation,

     Franchisees,

 v.

SEVA BEAUTY, LLC, an Illinois limited liability company; and VASILIOS MANIATIS, an Illinois resident,

     Defendants.

Case No. 2:17-cv-00547-TSZ

**STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS**

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 1
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties stipulate and agree that Plaintiffs Greg Kelly, Robin Kelly, and Avatar2026 Holdings, Inc. dismiss their claims against Defendants SEVA Beauty, LLC and Vasilios Maniatis with prejudice and without costs, expenses, or attorney's fees awarded to any party.

The parties further agree and stipulate that the following order may be entered immediately without further notice of presentation.

RESPECTFULLY SUBMITTED this 30th day of November, 2018.

DATED this 30th day of November, 2018.   DATED this 30th day of November, 2018.

**LANE POWELL PC**                        **CHENG COHEN LLC**

By */s/ Daniel A. Kittle*                 By: *s/ Fredric A. Cohen*
Randall P. Beighle, WSBA No. 13421        Fredric A. Cohen (IL #6198606)
Daniel A. Kittle, WSBA No. 43340          311 N. Aberdeen Street, Suite 400
1420 5th Ave Ste 4200                     Chicago, Illinois 60607
PO Box 91302                              Telephone: (312) 243-1701
Seattle, WA 98111-9402                    Fax: (312) 277-3961
Telephone: (206) 223-7000                 E-mail: fredric.cohen@chengcohen.com
Fax: (206) 223-7107                       *Admitted pro hac vice*
E-mail: BeighleR@LanePowell.com
E-mail: KittleD@LanePowell.com            -and-

*Attorneys for Plaintiffs*                HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.

                                          *s/ John R. "Rick" Potter*
                                          John R. "Rick" Potter, WSBA #6834
                                          211 E. McLoughlin Boulevard, Suite 100
                                          Vancouver, WA 98663
                                          Telephone: (360) 750-7547
                                          Fax: (360) 750-7548
                                          E-mail: jrp@hpl-law.com

                                          *Attorneys for Defendants*

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 2
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

IT IS SO ORDERED.

Dated this 6th day of December, 2018.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:
DATED this 30th day of November, 2018.

**LANE POWELL PC**

By */s/ Daniel A. Kittle*
Randall P. Beighle, WSBA No. 13421
Daniel A. Kittle, WSBA No. 43340
1420 5th Ave Ste 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Fax: (206) 223-7107
E-mail: BeighleR@LanePowell.com
E-mail: KittleD@LanePowell.com

*Attorneys for Plaintiffs*

DATED this 30th day of November, 2018.

**CHENG COHEN LLC**

By: *s/ Fredric A. Cohen*
Fredric A. Cohen (IL #6198606)
311 N. Aberdeen Street, Suite 400
Chicago, Illinois 60607
Telephone: (312) 243-1701
Fax: (312) 277-3961
E-mail: fredric.cohen@chengcohen.com
*Admitted pro hac vice*

-and-

HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.

*s/ John R. "Rick" Potter*
John R. "Rick" Potter, WSBA #6834
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: jrp@hpl-law.com

*Attorneys for Defendants*

STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS - 3
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107