THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS CUTHBERT, a Minnesota resident; LAURA CHARBONEAU, a Minnesota resident; MIDWEST BEAUTY, INC., a Minnesota corporation,<br><br>　　　　　Franchisees,<br><br>　v.<br><br>SEVA BEAUTY, LLC, an Illinois limited liability company; and VASILIOS MANIATIS, an Illinois resident,<br><br>　　　　　Defendants. | Case No. 2:17-cv-00547-TSZ<br><br>**STIPULATION AND ORDER DISMISSING ALL REMAINING CLAIMS** |

**STIPULATION OF DISMISSAL OF ALL REMAINING CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties stipulate and agree that Plaintiffs Thomas Cuthbert, Laura Charboneau, and Midwest Beauty, Inc. dismiss their claims against Defendants SEVA Beauty, LLC and Vasilios Maniatis with prejudice and without costs, expenses, or attorney's fees awarded to any party.

The parties further agree and stipulate that the following order may be entered immediately without further notice of presentation, and this matter may be closed because all claims have been dismissed with prejudice.

//

//

//

//

STIPULATION AND ORDER DISMISSING ALL REMAINING CLAIMS - 1
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

RESPECTFULLY SUBMITTED this 25th day of February, 2019.

DATED this 25th day of February, 2019.

**LANE POWELL PC**

By */s/ Daniel A. Kittle*
Randall P. Beighle, WSBA No. 13421
Daniel A. Kittle, WSBA No. 43340
1420 5th Ave Ste 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Fax: (206) 223-7107
E-mail: BeighleR@LanePowell.com
E-mail: KittleD@LanePowell.com

*Attorneys for Plaintiffs*

DATED this 25th day of February, 2019.

**CHENG COHEN LLC**

By: *s/ Fredric A. Cohen*
Fredric A. Cohen (IL #6198606)
311 N. Aberdeen Street, Suite 400
Chicago, Illinois 60607
Telephone: (312) 243-1701
Fax: (312) 277-3961
E-mail: fredric.cohen@chengcohen.com
*Admitted pro hac vice*

-and-

HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.

*s/ John R. "Rick" Potter*
John R. "Rick" Potter, WSBA #6834
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: jrp@hpl-law.com

*Attorneys for Defendants*

STIPULATION AND ORDER DISMISSING ALL REMAINING CLAIMS - 2
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

Pursuant to the stipulation of the parties,

IT IS SO ORDERED.

Dated this 26th day of February, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:
DATED this 25th day of February, 2019.

**LANE POWELL PC**

By */s/ Daniel A. Kittle*
Randall P. Beighle, WSBA No. 13421
Daniel A. Kittle, WSBA No. 43340
1420 5th Ave Ste 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Fax: (206) 223-7107
E-mail: BeighleR@LanePowell.com
E-mail: KittleD@LanePowell.com

*Attorneys for Plaintiffs*

DATED 25th day of February, 2019.

**CHENG COHEN LLC**

By: *s/ Fredric A. Cohen*
Fredric A. Cohen (IL #6198606)
311 N. Aberdeen Street, Suite 400
Chicago, Illinois 60607
Telephone: (312) 243-1701
Fax: (312) 277-3961
E-mail: fredric.cohen@chengcohen.com
*Admitted pro hac vice*

-and-

HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.

*s/ John R. "Rick" Potter*
John R. "Rick" Potter, WSBA #6834
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Telephone: (360) 750-7547
Fax: (360) 750-7548
E-mail: jrp@hpl-law.com

*Attorneys for Defendants*

STIPULATION AND ORDER DISMISSING ALL REMAINING CLAIMS - 3
CASE NO. 2:17-cv-00547-TSZ
130647.0001/6981812.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107